UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                        :

ALEJANDRO COURTNEY,

                    Plaintiff,

                                                                              24 Civ. 6758 (JPC)

          -v-

                                                                              <u>ORDER</u>

2267 SECOND AVENUE LLC and MAYA'S
SNACK BAR INC,

                    Defendants.

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff filed the Complaint in this action on September 5, 2024. Dkt. 1. Defendants were served with the Complaint on September 17, 2024, making their answers due by October 8, 2024. Dkts. 8-9. To date, Defendants have not appeared in this action.

      Accordingly, the Court *sua sponte* extends Defendants' deadline to respond to the Complaint to January 6, 2025. If Defendants have not responded to the Complaint by that date, Plaintiff shall seek a certificate of default on or before January 10, 2025, or show cause why this case should not be dismissed for failure to prosecute.

      SO ORDERED.

Dated: December 16, 2024
       New York, New York

                                                      JOHN P. CRONAN
                                                      United States District Judge