

One Grand Central Place
60 E 42nd St., 16th Fl.
New York, N.Y. 10165
Tel: 212.867.4466 x497
Fax: 212.297.1859
www.bbgllp.com
jsolomon@bbgllp.com

March 12, 2025

**Via ECF**

Hon. John P. Cronan, U.S.D.J.
United States Courthouse for Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

> RE: Courtney v. 2267 Second Avenue LLC, et al.
> Case No. 24-cv-06758-JPC

Dear Judge Cronan:

    I am counsel for Defendants 2267 Second Avenue LLC and Maya's Snack Bar Inc. (collectively, "**Defendants**"). The Complaint herein alleges claims under The Americans with Disabilities Act and related claims under the NYC Human Rights Law, the NYS Civil Rights Law and for negligence, related to leased premises at 2267 Second Avenue, New York, New York. Defendants filed their Answer to the Complaint today. I respectfully submit this letter to request that the case be referred to the Mediation Program of the US District Court for the Southern District of New York, and that discovery be stayed pending completion of mediation. I have represented many clients in defense of ADA cases and found that mediation is a very effective way to settle cases and avoid protracted litigation. I believe that this case would benefit from mediation and early disposition.

    I discussed referring the case to mediation and staying discovery pending completion of mediation with Plaintiff's counsel, Glen H. Parker, Esq., and Mr. Parker agrees and consents.

    Based on the foregoing, I respectfully request that the Court refer this case to the Mediation Program of the US District Court for the Southern District of New York for mediation, and issue an order staying discovery until the completion of mediation.

    Thank you for this anticipated courtesy.

Respectfully submitted,

Jay B. Solomon

> With the consent of the parties, discovery in this matter is stayed pending the outcome of mediation. The Court will separately enter an order referring this case to mediation. No later than seven days following the conclusion of mediation, the parties shall file a joint status letter updating the Court as to the result of the mediation and proposing next steps. The Clerk of Court is respectfully directed to close Docket Number 19.
>
> SO ORDERED.
> Date: March 13, 2025
> New York, New York
>
> JOHN P. CRONAN
> United States District Judge

JSOLOMON/16661.0001/6178233.1