UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

ALEJANDRO COURTNEY

Plaintiff,

v.

2267 SECOND AVENUE LLC AND MAYA'S SNACK BAR INC

Defendants.

------------------------------------------------------------------x

**Docket No. 1:24-cv-06758 (JPC)(SLC)**

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: July 24, 2025
        New York, New York

**THE PARKER LAW GROUP P.C.**

By: _____
    Glen H. Parker, Esq.
    Attorneys for Plaintiff
    28 Valley Road, Suite 1
    Montclair, New Jersey 07042
    Tel 347-292-9042
    ghp@parkerlawusa.com

**BELKIN BURDEN GOLDMAN, LLP**

By: _____
    Jay B. Solomon, Esq.
    Attorneys for the Defendants
    One Grand Central Place
    60 East 42nd Street, 16th Floor
    New York, NY 10165
    Direct:  212-485-5280
    E-mail:  JSolomon@bbgllp.com